| Attorney or Party without Attorney:<br>FEDERAL TRADE COMMISSION<br>55 W. MONROE STREET<br>SUITE 1825<br>CHICAGO, IL 60603<br>Telephone No: 312-960-5634<br><br>Attorney for: Plaintiff | | | | For Court Use Only |
|---|---|---|---|---|
| | | Ref. No. or File No.: | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court For The Southern District Of Florida | | | | |
| Plaintiff: FEDERAL TRADE COMMISSION | | | | |
| Defendant: ACQUINITY INTERACTIVE, LLC, ET AL. | | | | |
| **AFFIDAVIT OF SERVICE SUMMONS & COMPLAINT** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>14-60166-CIV-SCOLA-VALLE |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; AMENDED COMPLAINT FOR PERMANENT INJUNCTION AND OTHER EQUITABLE RELIEF.

3. a. Party served: JOSHUA GREEBERG
   b. Person served: PARTY IN ITEM 3A, SERVED UNDER F.R.C.P. RULE 4.

4. Address where the party was served: 10018 LEXINGTON ESTATES BLVD.
   BOCA RATON, FL 33428

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu., Jul. 03, 2014 (2) at: 8:10PM

7. Person Who Served Papers:        Fee for Service:
   a. IVAN ALMONTE



301 Civic Center Drive West
Santa Ana, CA 92701
Telephone    (714) 541-1110
Fax          (714) 541-8182
www.firstlegalnetwork.com

8. I declare under penalty of perjury under the laws of the State of FLORIDA and under the laws of the United States Of America that the foregoing is true and correct.

AFFIDAVIT OF SERVICE
SUMMONS & COMPLAINT                              (IVAN ALMONTE) 69913   fedtr.629256