United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Federal Trade Commission, Plaintiff )<br>)<br>v.  )<br>)<br>Acquinity Interactive, LLC, and )<br>others, Defendants  ) | Civil Action No. 14-60166-Civ-Scola |

## Order Granting Motion for Voluntary Dismissal

The Plaintiff requests that the Court dismiss the remaining defendants, Joshua Greenberg and Scott Modist, consistent with Federal Rule of Civil Procedure 41(a)(2).  (Plaintiff's Mot. for Voluntary Dismissal, ECF No. 130.)  After reviewing the Motion, the record, and the relevant legal authorities, the Court finds the terms of the dismissal proper.  The Court **grants** the Motion (ECF No. 130) and **dismisses** this case with prejudice.  The Court **directs** the Clerk to **close** this matter.

**Done and Ordered** in chambers, at Miami, Florida October 16, 2014.

Robert N. Scola, Jr.
United States District Judge