United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Federal Trade Commission, Plaintiff ) <br> ) <br> v. ) <br> ) <br> Acquinity Interactive, LLC, and ) <br> others, Defendants ) | Civil Action No. 14-60166-Civ-Scola |

## Order to Show Cause

Now before the Court is the Plaintiff Federal Trade Commission's motion for an order to show cause why thes Defendant Burton Katz and twelve other Corporate Defendants, of which he is an officer or agent, should not be held in contempt. After careful consideration of the motion, the record, and relevant legal authorities, the Court **grants** the FTC's motion (**ECF No. 135**) and **orders** as follows:

(1) The Court will hold a show cause hearing contemporaneously with the trial, if any, in the *FTC v. On Point Global, LLC, et al.*, Case No. 19-CV-25046-SCOLA (S.D. Fla.) case.

(2) Burton Katz; On Point Global LLC; On Point Employment LLC; On Point Guides LLC f/k/a Rogue Media Services LLC; Dragon Global LLC; Dragon Global Management LLC; Dragon Global Holdings LLC; Waltham Technologies LLC; Cambridge Media Series LLC f/k/a License America Media Series LLC; Issue Based Media LLC; DG DMV LLC; Direct Market LLC; and Bronco Family Holdings LP a/k/a Bronco Holdings Family LP ("Contempt Defendants") shall appear before this Court on the day of the hearing to show cause, if any there be, why this Court should not find them in civil contempt for failing to comply with the requirements of this Court's Stipulated Final Judgment and Order for Permanent Injunction and Other Equitable Relief as to Defendants Burton Katz and Jonathan Smyth, and impose any such relief as it deems appropriate.

(3) If the parties intend to rely on any evidence or witnesses at the hearing, they shall comply with the deadlines and obligations for pretrial disclosures and joint pretrial stipulation the Court sets in the *On Point Global* case.

2

**Done and Ordered** in chambers, at Miami, Florida February 14, 2020.

_____
Robert N. Scola, Jr.
United States District Judge